[No. 39169-1-I.     Division One.     April 20, 1998.]

WESTERN HOMES, ET AL., *Appellants,* v. THE CITY OF
ISSAQUAH, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 95-2-33158-1, Carol A. Schapira, J., entered
July 12, 1996. *Affirmed in part* and *reversed in part* by un-
published opinion per Grosse, J., concurred in by Webster
and Baker, JJ.

[No. 39352-9-I.     Division One.     April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. FILBERTO
CRUZ, *Defendant,* PRAXEDIS RAMIREZ-HERNANDEZ,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 96-1-02912-9, Linda Lau, J., entered September
9, 1996. *Affirmed in part* and *remanded* by unpublished per
curiam opinion.

[No. 39445-2-I.     Division One.     April 20, 1998.]

BONNIE J. PEASE, *Appellant,* v. GROUP HEALTH
COOPERATIVE OF PUGET SOUND, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 95-2-21525-4, Jim Bates, J., entered August 28,
1996. *Affirmed* by unpublished opinion per Cox, J., con-
curred in by Kennedy, C.J., and Coleman, J.

[No. 39492-4-I.     Division One.     April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. TRENT J. LEE,
*Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-01024-0, Anita L. Farris, J.,
entered September 23, 1996. *Affirmed* by unpublished per
curiam opinion.